Francis O. Scarpulla (CA Bar No. 41059)
Craig C. Corbitt (CA Bar No. 83251)
Christopher T. Micheletti (CA Bar No. 136446)
Judith A. Zahid (CA Bar No. 215418)
Patrick B. Clayton (CA Bar No. 240191)
Qianwei Fu (CA Bar No. 242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMP CONSULTING SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION, *et al.*<br><br>Defendants. | **Case No. C09-05114-VRW**<br><br>~~[PROPOSED]~~ **ORDER RELATING CASES**<br><br>**(Civil Local Rule 3-12)** |
| ANN CARNEY, CRAIG P. KELLY, BONNIE LOCKWOOD, THOMAS FENNESY, and JUSTUS AUSTIN, III, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION, *et al.*<br><br>Defendants. | **Case No. 3:10-cv-01738-BZ** |

1  On April 23, 2010, Plaintiffs in *Carney, et al. v. Sony Corporation, et al.*, Case No. 3:10-cv-01738-BZ, filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant Civil Local Rule 3-12.  The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

 IT IS ORDERED that *Carney, et al. v. Sony Corporation, et al.*, Case No. 3:10-cv-01738-BZ be related to *CMP Consulting Services, Inc. v. Sony Corporation, et al.*, Case No. C-09-05114-VRW.

**IT IS SO ORDERED.**

Dated: _ 4/29/2010 _____     _____
                                                                    The Honorable Vaughn R. Walker
                                                                    United States District Court Judge

[GRANTED — Judge Vaughn R Walker]

#3220983v1